UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**MICHAEL GAGE,**           :
                            :
      **PLAINTIFF,**    :
                            :
                            :   Civ. Action No. 08-1159 (EGS)
      **v.**            :
                            :
**DISTRICT OF COLUMBIA,**   :
                            :
      **DEFENDANT.**    :
_____

## NOTICE OF APPEARANCE

Pursuant to Rule 83.6 of the Local Rules, I hereby enter my appearance as lead attorney for Defendant District of Columbia.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the
  District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*_____
EDWARD P. TAPTICH (012914)
Section Chief
Equity Section Two

*/s/ Veronica A. Porter*_____
VERONICA A. PORTER (412273)
Assistant Attorney General
Civil Litigation Division
Equity Section Two

1

2

441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6651 (phone)
(202) 727-3625 (facsimile)
veronica2.porter@dc.gov

**July 8, 2008**