UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL GAGE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DISTRICT OF COLUMBIA,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 1:08-cv-01159 (EGS) |

### NOTICE OF APPEARANCE

TO:   Clerk of Court.

TO:   All parties.

PLEASE TAKE NOTICE that, on this 18th day of July, 2008, Richard A. Latterell is entering his appearance as additional counsel for Defendant the District of Columbia. Pursuant to Fed. R. Civ. P. 5(a), service of pleadings and all correspondence in this matter should be sent to Mr. Latterell at his Washington, D.C. office address below.

Dated this 18th day of July, 2008.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

*/s/ Edward P. Taptich*
EDWARD P. TAPTICH (012914)
Section Chief
Equity Section Two

        */s/ Richard A. Latterell*
        RICHARD A. LATTERELL [502127]
        Assistant Attorney General
        Civil Litigation Division
        Equity Section Two
        441 Fourth Street, N.W., Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6626 (phone)
        (202) 715-7820 (facsimile)
        Richard.latterell@dc.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was sent, on this 18th day of July, 2008, by electronic service to the following:

Doug Tyrka
TYRKA & ASSOCIATES, LLC
1726 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20009
(202) 265-4264
tyrka@tyrkalaw.com

        */s/ Richard A. Latterell*
        RICHARD A. LATTERELL
        Assistant Attorney General