**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MICHAEL GAGE,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08-1159 (EGS) |
| **DISTRICT OF COLUMBIA,** | ) |
| Defendant. | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

The Defendant, by counsel, responds herewith to the "Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss" filed herein on July 31, 2008 (the "Opposition").

On July 18, 2008, the Defendant filed a pleading entitled "Defendant's (1) Opposition to Plaintiff's Motion for a Preliminary Injunction and (2) Motion to Dismiss," directed to the Plaintiff's July 3, 2008, motion for a preliminary injunction. In the Opposition, the Plaintiff correctly notes that the Defendant's July 18th pleading did not separately present any arguments in support of dismissal, devoting itself to responding to the preliminary injunction motion. The Plaintiff makes clear that his Opposition presents no arguments not already reflected in his earlier pleadings concerning his preliminary injunction motion, but submits his filing "[t]o the degree that [the Defendant's filing] constituted a motion to dismiss." Opposition, pp. 1-2.

The Defendant's July 18 filing herein was intended to be only an opposition to the Plaintiff's preliminary injunction motion, as provided for in the Court's post-hearing order. The ultimate titling of the Defendant's pleading was inaccurate, and the filing was

not also intended as a dismissal motion (indeed, it was not, following a call from the Court Clerk identifying the ambiguity, refiled as such a motion).

The Defendant apologizes for any confusion that may have been caused.

> Respectfully submitted,
>
> PETER J. NICKLES
> Acting Attorney General for the
> District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
> /s/ *Edward P. Taptich*_____
> EDWARD P. TAPTICH [012914]
> Chief, Equity Section II
>
> /s/ *Veronica A. Porter*_____
> VERONICA A. PORTER [412273]
> Assistant Attorney General
> Civil Litigation Division
> Equity Section II
> 441 Fourth Street, N.W.
> Sixth Floor North
> Washington, D.C. 20001
> (202) 724-6651 (telephone)
> (202) 727-3625 (facsimile)
> Veronica2.porter@dc.gov
>
> /s/ *Richard A. Latterell*_____
> RICHARD A. LATTERELL [502127]
> Assistant Attorney General
> Civil Litigation Division
> Equity Section II
> 441 Fourth Street, N.W.
> Sixth Floor South
> Washington, D.C. 20001
> (202) 724-6626 (telephone)
> (202) 715-7820 (facsimile)
> Richard.latterell@dc.gov

August 4, 2008