**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MICHAEL GAGE,<br><br>    Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>                Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 08-1159 (EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

A hearing on Plaintiff's motion for preliminary injunction was held on August 6, 2008 before Judge Emmet G. Sullivan.  Upon consideration of the views expressed at that hearing, it is hereby

**ORDERED** that with the consent of the parties, the June 6, 2008 Hearing Officer's Determination is vacated; and the matter is remanded for further proceedings, if necessary.  The Hearing Officer erred as a matter of law in finding that the Defendant did not owe T.G. a free appropriate public education ("FAPE"). *See* 34 C.F.R. § 300.101(a) ("A free appropriate public education must be available to all children residing in the state between the ages of 3 and 21. . . ."); and it is

**FURTHER ORDERED** that Plaintiff's motion for preliminary injunction is denied as moot; and it is

**FURTHER ORDERED** that DCPS shall fund independent psychological, speech and language, and occupational therapy

evaluations; and it is

**FURTHER ORDERED** that the Plaintiff shall diligently endeavor to obtain the independent evaluations of T.G. in an expeditious manner; and it is

**FURTHER ORDERED** that Plaintiff shall fax the independent evaluations to Karen McMahon, SERT, Senior Policy Associate, DCPS, at 202-671-4925, immediately upon completion; and it is

**FURTHER ORDERED** that within 15 school days after receipt of all of the independent evaluations, DCPS shall convene an MDT meeting to review the evaluations, develop an IEP, if appropriate, determine placement, and discuss and determine whether compensatory education is warranted for T.G., and if so, shall develop an appropriate compensatory education plan.  DCPS shall schedule the IEP meeting through the Plaintiff's counsel; and it is

**FURTHER ORDERED** that DCPS shall issue a placement notice within 10 calendar days of the MDT meeting; and it is

**FURTHER ORDERED** that DCPS assure that, by the time of this school year's commencement, and until such time as the processes described in the preceding paragraphs are concluded, the student is placed in his home school and provided appropriate educational services consistent with his educational needs.  Plaintiff is directed to cooperate with, and to provide, DCPS with any necessary documentation required to perfect registration at his home school (e.g., evidence of current inoculations, etc.); and

it is

**FURTHER ORDERED** that this case is removed from the active

calendar of the court.


**SO ORDERED.**

**Signed:    Emmet G. Sullivan
            United States District Judge
            August 6, 2008**